Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorney for Defendant
Phillip Kosh

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 10-386 EJG |
| Plaintiff, | **REQUEST TO EXONERATE APPEARANCE BOND AND ORDER** |
| vs. | **Date: N/A** |
| PHILLIP KOSH, | **Time: N/A** |
| Defendant. | **Courtroom: Honorable Edward J. Garcia** |

Defendant was released on an appearance bond secured by the equity in real property pending trial. Trial ended in a hung jury and the case against Defendant has now been dismissed. Defendant now requests that the appearance bond be exonerated.

Dated: March 14, 2012      _____/s/_____
                           Patrick K. Hanly

**IT IS SO ORDERED**.

Dated: March 14, 2012      /s/ Edward J. Garcia
                           EDWARD J. GARCIA
                           United States District Court Judge

REQUEST TO EXONERATE BOND